IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KENNETH J. MCFADDEN #182616,
                Petitioner,

                                      ORDER

   v.

DEPARTMENT OF CORRECTIONS              08-cv-239-slc
LEGAL DEPT. and AGENT JENNIFER
LAWRENCE,
                Respondents.

---

      In an order entered in this case on April 28, 2008, I told petitioner that before I could consider his request to proceed *in forma pauperis* he would have to submit a trust fund account statement covering the six-month period preceding the filing of his complaint so that I could assess an initial partial payment of the $350 fee for filing this case. Petitioner has submitted the requested statement. From the statement, I have calculated petitioner's initial partial payment to be $7.44.

ORDER

      IT IS ORDERED that petitioner is assessed $7.44 as an initial partial payment of the $350 fee for filing this case. He is to submit a check or money order made payable to the clerk of court in the amount of $7.44 on or before June 6, 2008. If, by June 6, 2008, petitioner fails to make the initial partial payment or show cause for his failure to do so, he will be held to have withdrawn this action voluntarily. In that event, the clerk of court is directed to close this file

without prejudice to petitioner's filing his case at a later date.

 Entered this 16th day of May, 2008.

        BY THE COURT:

        /s/

        STEPHEN L. CROCKER
        Magistrate Judge